RECEIVED

JUN 0 8 2006

Federal Public Defender
San Francisco

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

**FILED**

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney

5

JUN    8 2006

6  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6917

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )    No. 3-06-70324 EDL
                                       )
14          Plaintiff,                 )    [PROPOSED] ORDER AND STIPULATION
                                       )    CONTINUING JUNE 15, 2006 HEARING
15      v.                             )    TO JUNE 23, 2006, AND WAIVING TIME
                                       )    UNDER RULE 5.1 AND EXCLUDING
16  COLBY SHAWN PATTON,                )    TIME FROM JUNE 2, 2006 TO JUNE 23,
                                       )    2006 FROM THE SPEEDY TRIAL ACT
17          Defendant.                 )    CALCULATION
    _____)    (18 U.S.C. § 3161(h)(8)(A))

18

19      The parties appeared before the Court on June 2, 2006. At that time, the Court ordered

20  the defendant released on certain conditions, and scheduled a preliminary hearing/arraignment

21  date of June 15, 2006 at 9:30 a.m., before the Honorable Maria-Elena James.

22      The parties have since stipulated to continue the June 15, 2006 preliminary

23  hearing/arraignment and reschedule it for June 23, 2006 at 9:30 a.m., before the Honorable

24  Maria-Elena James. This stipulation and [proposed] order (1) schedules a new hearing date, (2)

25  documents the defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1,

26  and (3) documents the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

27  from June 2, 2006 to June 23, 2006.

28      The parties have agreed, and the Court finds and holds, as follows:

1.   The defendant waives the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Failure to grant the requested continuance would unreasonably deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the government's need to produce discovery in the near future, and would deny the defendant continuity of counsel.

2. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case before the currently scheduled preliminary hearing/arraignment date.  The parties are discussing the different charges that the defendant may be facing, as well as the possible provision of relevant information from the defendant to the government.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the need for both sides to investigate the facts of the case, and would deny the defendant and the government continuity of counsel.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 2, 2006 to June 23, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from June 2, 2006 to June 23, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6. The Court vacates the June 15, 2006 date and schedules a new preliminary hearing/arraignment date of June 23, 2006, at 9:30 a.m., before the Honorable Maria-Elena James.

IT IS SO STIPULATED.

DATED: _____        _____/s/_____
                                      TRACIE L. BROWN
                                      Assistant United States Attorney

STIPULATION AND ORDER
3-06-70324 EDL                        2

1

2   DATED: __6/8/06__                    /s/ _____
                                        JOSH COHEN
3                                        Attorney for COLBY SHAWN PATTON

IT IS SO ORDERED.

4

5   DATED: __6-8-06__

6                                        THE HON. MARIA-ELENA JAMES
                                        United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
3-06-70324 EDL                    3