| | |
|---|---|
| 1  KEVIN V. RYAN (CSBN 118321)<br>   United States Attorney | **FILED** |
| 2 | JUN 2 6 2006 |
| 3  EUMI L. CHOI (WVBN 0722)<br>   Chief, Criminal Division | |
| 4  TRACIE L. BROWN (CSBN 184339)<br>   Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3-06-70324 EDL |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER AND NOTICE OF DISMISSAL OF COMPLAINT |
| COLBY SHAWN PATTON, | ) | (San Francisco Venue) |
| Defendants. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above complaint without prejudice.

DATED: June 23, 2006                                     Respectfully submitted,

                                                         KEVIN V. RYAN
                                                         United States Attorney


                                                         _____/S/_____
                                                         TRACIE L. BROWN
                                                         Assistant U.S. Attorney

NOTICE OF DISMISSAL
3-06-70324 EDL

1 | Leave is granted to the government to dismiss the complaint.

2 | SO ORDERED.

3 | Date: 6/26/06

   The Hon. Nandor J. Vadas
4 | United States Magistrate Judge

NOTICE OF DISMISSAL
3-06-70324 EDL                                    2